# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0444. RSP AMUSEMENT, INC. v. GEORGIA LOTTERY CORPORATION, INC. et al.**

The Appellant in the above-styled case has filed a motion entitled Motion To Withdraw Appeal. Pursuant to Court Rule 41(g), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/24/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*